**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ronnie E. Payne                           CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-15257 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of AMERICAN HERITAGE CREDIT UNION and index same on the master mailing list.

                                                         Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
01 Dec 2020, 16:17:42, EST

                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 627-1322