**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Ronnie E. Payne
                Debtor(s)

AMERICAN HERITAGE CREDIT UNION
           v.
Ronnie E. Payne
           and
William C. Miller Esq.
           Trustee

Chapter 13

NO. 19-15257 ELF

**ORDER**

AND NOW, this 28th day of May, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on March 17, 2021  it is **ORDERED** that:

The automatic stay under 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow AMERICAN HERITAGE CREDIT UNION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 215 E. Cliveden Street  Philadelphia, PA 19119.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

Ronnie E. Payne
215 E. Cliveden Street
Philadelphia, PA 19119

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David B. Spitofsky Esq.
516 Swede Street (VIA ECF)
Norristown, PA 19401

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532