United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Ronnie E. Payne  
    Debtor

Case No. 19-15257-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jun 16, 2021     Form ID: pdf900     Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronnie E. Payne, 215 E. Cliveden Street, Philadelphia, PA 19119-2312 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Wells Fargo Bank, N.A., c/o THOMAS YOUNG HAE SONG, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 14566051 | + | American Heritage Credit Union, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14377504 | + | American Heritage Federal Credit Union, c/o J. Scott Watson, Esquire, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14467809 | + | City of Philadelphia Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1617 |
| 14377501 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14377508 | + | Gregory J. Allard, Esquire, Watson & Allard, P.C., 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14377511 | + | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14377512 | + | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14377513 | + | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14430203 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14571341 | + | Specialized Loan Servicing, LLC, c/o Christopher A. DeNardo, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14386036 | + | Wells Fargo Bank, N.A., c/o THOMAS YOUNG HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 14388778 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN, 55121-7700 |
| 14385621 | | Wells Fargo Bank, N.A., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14377516 | | Wells Fargo Home Mortgage, Inc, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2021 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:48:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14476792 | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14377515 | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | Water Revenue Bureau, 1401 John F. Kennedy Boulevard, Room 580, Philadelphia, PA 19102 |
| 14435338 | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14385294 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 17 2021 00:08:13 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14377505 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:05 | Capital One Bank USA, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14377506 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 16 2021 23:49:32 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14377507 | | Email/Text: bankruptcy@dcu.org | Jun 16 2021 23:46:00 | Digital Federal Credit Union, 220 Donald Lynch Boulevard, Marlborough, MA 01752 |
| 14377503 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 16 2021 23:44:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 14377509 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2021 23:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14410984 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2021 11:15:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14377510 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 16 2021 23:43:00 | PECO Energy Company, N3-2, Accounts Receivable Grp, 2301 Market Street, Philadelphia, PA 19103-1338 |
| 14405230 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2021 23:44:23 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14377514 | | Email/Text: bankruptcy@sw-credit.com | Jun 16 2021 23:44:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14378981 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:48:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14377502 | *+ | Ronnie E. Payne, 215 E. Cliveden Street, Philadelphia, PA 19119-2312 |
| 14386188 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2021        Signature:        /s/Joseph Speetjens

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: pdf900 | Total Noticed: 36 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com logsecf@logs.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Ronnie E. Payne spitofskybk@verizon.net spitofskylaw@verizon.net |
| KRISTEN D. LITTLE | on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com klittle@logs.com;logsecf@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC pabk@logs.com klittle@logs.com;logsecf@logs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Wells Fargo Bank N.A. paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 8

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>RONNIE E. PAYNE | Chapter 13 |
| Debtor | Bankruptcy No. 19-15257-ELF |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: June 16, 2021

_____
Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Debtor:
RONNIE E. PAYNE

215 E. CLIVEDEN STREET

PHILADELPHIA, PA 19119-